# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES AJUZIEM, | |
| Plaintiff(s), | Case No. 2:13-cv-01279-RCJ-NJK |
| vs. | ORDER GRANTING MOTION FOR COPY OF COMPLAINT |
| THOMAS PROFIT, et al. | (Docket No. 5) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion seeking a copy of his complaint submitted in this case. Docket No. 5.[1] The motion is granted and the Court hereby **ORDERS** the Clerk's Office to mail Plaintiff a copy of his complaint submitted at Docket No. 1-1.

IT IS SO ORDERED.

DATED: August 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court has ordered that Plaintiff's complaint be retained by the Clerk's Office, but has not ordered it to be filed. *See* Docket Nos. 2, 4.