1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARLES AJUZIEM,                                    )
                                                   )
11              Plaintiff(s),                       )          Case No. 2:13-cv-01279-RCJ-NJK
                                                   )
12     vs.                                          )          ORDER GRANTING MOTION FOR
                                                   )          COPY OF COMPLAINT
13     THOMAS PROFIT, et al.                        )          (Docket No. 5)
                                                   )
14              Defendant(s).                       )
                                                   )
15     _____)

16          Pending before the Court is Plaintiff's motion seeking a copy of his complaint submitted in

17     this case.  Docket No. 5.[1]  The motion is granted and the Court hereby **ORDERS** the Clerk's Office

18     to mail Plaintiff a copy of his complaint submitted at Docket No. 1-1.

19          IT IS SO ORDERED.

20          DATED: August 26, 2013

21

22     _____
       NANCY J. KOPPE
23     United States Magistrate Judge

24

25

26

27

       _____

28     [1]  The Court has ordered that Plaintiff's complaint be retained by the Clerk's Office, but has not
       ordered it to be filed.  *See* Docket Nos. 2, 4.