# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Charles O. Ajuziem,

    Plaintiff

v.

Thomas Profit et al.,

    Defendants

Case No.: 2:13-cv-01279-JAD-NJK

**Order Denying Application for Leave to Proceed** *in Forma Pauperis* **[Doc. 3], Adopting Report and Recommendation [Doc. 4]**

    Before the Court is Magistrate Judge Nancy J. Koppe's Report and Recommendation, Doc. 4, regarding Plaintiff's Application for Leave to Proceed *in Forma Pauperis*. Doc. 3. The Report was entered August 15, 2013, and recommended that the action be dismissed if Plaintiff fialed to pay the $350 filing fee and $50 administrative fee. Objections were due September 1, 2013. Plaintiff did not object to the Report and Recommendation, and paid $400.00 on September 3, 2013, Doc. 8, a tacit concession to the correctness of Judge Koppe's recommendation to deny *in forma pauperis* status because Plaintiff is able to pay.

    Accordingly, and for good cause shown,

    **IT IS HEREBY ORDERED** that Magistrate Judge Koppe's Report and Recommendation **[Doc. 4]** is **ACCEPTED**.

    **IT IS FURTHER ORDERED** that Plaintiff's Application for Leave to Proceed *in Forma Pauperis* **[Doc. 3]** is **DENIED**.

    DATED November 21, 2013.

_____
Jennifer A. Dorsey
United States District Judge