UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES O. AJUZIEM,<br><br>             Plaintiff(s),<br><br>vs.<br><br>THOMAS PROFIT, et al.,<br><br>             Defendant(s). | Case No. 2:13-cv-01279-JAD-NJK<br><br>ORDER |

After his application to proceed *in forma pauperis* was denied, Plaintiff paid the filing fee and filed a complaint on November 25, 2013. Docket No. 15. The case has never proceeded beyond that point, however, as it appears Defendants have not been properly served and no proof of service has been filed. To that end, the Court issued an order on February 5, 2015, outlining the procedures to effectuate service on Defendants, and requiring that Plaintiff serve Defendants and file proofs of service by May 5, 2015. *See* Docket No. 30.

Plaintiff did not file such proofs of service, and instead filed a letter and two notices of manual filing. *See* Docket Nos. 31-33. Plaintiff is proceeding in this case *pro se* and it appears to the undersigned that he wishes to move this case forward, but is unclear how to do so. The Court urges Plaintiff to contact the Legal Aid Center of Southern Nevada. The Legal Aid Center will host a "Federal Court Ask-A-Lawyer" program on July 29, 2015, at which volunteer attorneys provide 30-minute consultations to unrepresented individuals with open cases in Federal Court. Plaintiff can register for that program by visiting the Legal Aid Center after July 1, 2015. (http://www.lacsn.org/federal). If

1  Plaintiff has any questions or concerns about the program, he can call (702) 386-1070 and enter "0" to
2  speak with the receptionist.  The Court suggests that Plaintiff attend that program and bring with him
3  a copy of the order issued on February 5, 2015, concerning service of process (Docket No. 30), as well
4  as a copy of his complaint.

5       To enable Plaintiff time to seek assistance through the "Federal Court Ask-A-Layer" program,
6  the Court will also extend the deadline for him to serve Defendants and to file a proof of service
7  indicating that he has done so to <u>September 4, 2015</u>.  The failure to comply with this order will result
8  in a recommendation that this case be dismissed with prejudice.

9       IT IS SO ORDERED.
10      DATED:  May 11, 2015

                                                                                        _____

                                                        NANCY J. KOPPE
                                                        United States Magistrate Judge